First SLC PD major

FILED
2022 APR 5 PM 12:10
CLERK
U.S. DISTRICT COURT

SO# 367776   BOOKing 22003785

Name: Ronald Joseph Jones Jr
Address: Salt Lake County Metro Jail, 3415 South 900 West
Telephone: Salt Lake City Utah 84119

Dad # (504)-256-0380 sister (504)-430-6045, (417)-622-2306

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

<u>Central</u> DIVISION

RECEIVED CLERK

MAR 21 2022

U.S. DISTRICT COURT

Ronald Joseph Jones Jr
(Full Name)
PLAINTIFF

Mayor Erin Menden Hall
vs. State of Utah
Chief of Police Mike Brown and
the Salt Lake Police Department
Det. Steven Bigelow M35
Det. Amanda Capps M80
Det. Michelle Brett Tait N19
Det. Levicki Monet Q87
DEFENDANTS

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

Case: 2:22-cv-00196
Assigned To : Parrish, Jill N.
Assign. Date : 3/21/2022
Description: Jones v Mendenhall et al

## A. JURISDICTION

1.   Jurisdiction is proper in this court according to:

     a. ✓ 42 U.S.C. §1983   It is two are more persons conspiracy
     b. ✓ 42 U.S.C. §1985   I beleave it's a gender and race bais
     c. ✓ Other (Please Specify)

2.   NAME OF PLAINTIFF  Ronald Joseph Jones Jr
     IS A CITIZEN OF THE STATE OF  United States
     SO# 367776
     PRESENT MAILING ADDRESS: Salt Lake County Metro Jail
     3415 South 900 West
     Salt Lake City, Ut 84119

This Grievance Civil Rights Listed complaint is for ①
The Salt Lake City Police Detectives Q87 Levicki Monet
M35 Steven Bigelow, M50 Amanda Capps, N19 Michelle Brett
Tait, Mayor Erin Mendenhall, Chief of police Mike Brown and
the Salt Lake City Police Department Who are in Violation
of my Due process right They are ignoring plainly pointed
out Viate Important Facts and Evidence and Arbitration
of Evidence that is utterly impossible to pass up upon the
investigation inspection. Witch is a act off conspracy that is
Intentional Leagel Malpractice and is vile and kurupt.
Violatating of my Due process cause and civil rights. To
have a fair trial. They are ignoring plainly pointed out
important Facts and Evidence that are utterly impossible
to pass up upon the investigation inspection. Witch is Inten
tional. The detectives decline to look at my video's I rep
ported while being interview witch would have been
compelling proof the alledge victem was lying they refay
to collect the evidence. Numerous Multiple times I yelled
to look at my Phone I have it all on video. I reported
while being in the interview room witch would have
been compelling proof the Alladge victem Kassie Boswell
was lying and truspass that would have Exonerated
me. But they Ignored me multiple time I times. in
my crys I am Innocent While plainly pointing the
Video's out. They are Multiple confesson on the probable
cause an discovery proving noticesable lies They have
realized an is trying to cover up that proving everything
was concentuat and the alledge victem is lying.
About everthing while she confess her motives
are to steal and hurt me Underlining Persury conspire

First SLCPD Detail  Police Detective Q Officer Vicki Monet
Mayor Erin Mendenhall, Chief of Police

3. NAME OF FIRST DEFENDANT Chief Mike Brown Salt Lake city Police

IS A CITIZEN OF Salt Lake City Utah
(City and State)

IS EMPLOYED AS Detective Chief at Police Department
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? They took my stuff out my home Stole and went to my home

YES ✓ NO___. If your answer is "YES" briefly explain. Un wanted tuching put me

In Jail, Detective Levicki obtained buccal DNA swab out my mouth without my concent. It should be noted She also documented packaged of item seized from my home completing a Inventory Sheet but found no boxes

4. NAME OF SECOND DEFENDANT M35 Steven Bigelow
(If applicable)

IS A CITIZEN OF Salt Lake City Utah
(City and State)

IS EMPLOYED AS Detective at Police Department
(Position and Title if Any)   (Organization)

Start over 15 cops didn't file

Was the defendant acting under the authority or color of state law at the time these claims occurred? They search warrant my Home didn't file find no boxes didn't Note

YES ✓ NO___. If your answer is "YES" briefly explain. I have 2 door to prove 1 yes.

He, Assisted Det. Levicki, File the search warrant Went to my home with Crime Scene and 15 ather cops using high tex body Axon camera Conducted two video walk through but did not I have 2 door, No windows are black No Black dresser Ottoman

5. NAME OF THIRD DEFENDANT M80 Amanda Capps
(If applicable)

IS A CITIZEN OF Salt Lake City Utah
(City and State)

IS EMPLOYED AS Detective at Police Department
(Position and Title if Any)   (Organization)

From the Cameras phone in her confession on the discovery @ It is wired and unterly impossible to pass up. that would have been compelling proof Kassandra Boswell is lying and to Free me as a Innocent singel father of two. I counted 13 cops 3 detectives and crime sean was all In my home that day. And none no one pointed out I had 2 door's leading outside witch tells you she was lying and never was Kidnapped. To Prove the barricade she claim was all a lie. All on day one. To completely demenish the lies of being barricaded trapt inside because the front door was locked with fictional boxes and a chair in front. Note My second door is in the same family Room For 15 cops plus crime scene not to noticed Non of my curtains are black on my windows, there are no boxes looke for barricade purpose in Inventory. So how and why she felt like she need to jump out the window in order to get away since she claim I blocked the only entrance to the apartment. When I have a side bacony door in the same room. When numerous and multiple time she plainly said this lie getting away with it and giving me all these false charges an never being question on it to prove. It is clear and convincing for support The Salt Lake city Police Department is Violating my civil rights, Due process cause, and is performing Legal malpractice by consistenly ignoring Viatel Evidence to support my Due process right. The Salt Lake City Police constitute a substantial danger to any individual In the community base on there gender and rase. This proves a Intentional bais from the Salt Lake City Police Department that Violates my Civil Rights an due process, cause by way of Legal Malpractice an false arrest! How do you declare a probable cause that is clear and substantial built on lies!!?

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

Arbitration of Vitel Evidence, Persury Conspiracy, Violation of my Civel Rights Violation of my Due proces Cause: Rights

6.  NAME OF FOURTH DEFENDANT N 19 Michelle Brett Tait
    (If applicable)

IS A CITIZEN OF Salt Lake City Utah
        (city and State)

IS EMPLOYED AS Detective at Police .
        (Position and Title if Any)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain. Under Penalty of Persury Knowing it's all lies she as a Sworn in Officer falsey Chardge me with Serious offense allegations placing me with no bail. Object Rope, Rape 3 Forcible Sodomy, unlawful detention, Aggravated Kidnapping, Aggravated Sexual Assault (Use additional sheets of paper if necessary.) Aggravated Assault Possession of a DNGR Weap by Restricted, Voyeursm 3 Distribution of An Intimate Image

B. NATURE OF CASE

1.  Why are you bringing this case to court? Please explain the circumstances that led to the problem.

the police falsy charge me for a whole lot of Crimes I didnt do. When it is proven I am Factually Innocent noticeable that is utterly Impossible to pass apon normal review in the examination of the police investagation. for this case.

Kassie Boswell confess in a type to Appendent Bl3 Sequence Pattern everything was Concentual In a type of Rittle, Enigma and anomaly Situation Taken from the Probable Cause and the related narratives from police on the discovery. to prove numerous Inconsistencies. And all the Legal Malpractice In Sequence I clarified a basic outline in one day of what Kassandra Lustrella Boswell testamony confess happen for understanding an verificate ion. She confess to Detectives M80 Amanda Capps and Petective N19 Michelle Brett Tait found on the Descovery are Salt Lake Police Department General Offense has a copy (sex AST-Rape strongarm) page 25 descibes me as a horrible Ground Hog day. Saying plainly to the Detective. When I ask her did she steal my wallet. She admit and confess to them she said (she told me if she had it she would have left.) Realize this completely demienish Kidnapping unlawful Detention, and the lies of the threat from being ever barricaded, to there face. To ignore that bold face confession an still go ahead an chardge me with it in all these false chardges are Intentional an unconstitusionel That noticeabley Violates my Due process cause. The Fact she said that K.B admit while I was helping her a homeless women had she would have gotten a hold of my wallet only them she would have left. Witch is stealing a dishonest acke lying about being fourse Kidnapped. Factaully Associated with perjury and conspiracy. The Fact the police didn't say nothing about this and still charge me with this is also perjury, conspiracy and Arbitration, false Arrest. Violating My civil Right and Due process. cause. Legal Thats Legal Malpractice

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count I: Legal mel practice and O Arbitration Ignoaring a lot of Vital Evidence Not bring it aa forward.

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

Over 40 noticeabilily thing wrong proving Factually Kassie Boswell is lying and the police Know it with Substantial Evidence Supporting it is a Fact he cause It is clear an convincing compalling proof that is utterly impossible to pass up apon in the Investigation of this case

b. (1) Count II: Violating My civil rights and Due process cause Right by Rail Roading

(2) Supporting Facts: By Rail Roading me piling a whole lot of false charges on me to make me custsit in gail an lose every thing I have to make me wait in mental Anguish to take a pley knowing I am Factually proven Innocent man with 2 small children.

c. (1) Count III: Percury Conspiracy, Legal mal practice, false Arrest Violating my civil rights

So the probation officer she said it she would have been at (4) my home to the Detectives She would have stolen my wallet or hurt me then only then leave. With it that Factual Noticeable Intension apon interview would have been utterly impossible to pass up apon that demeanor learned During the investigation from the Detectives Constitutes numerous Violations to my Due process cause and civil vile right that is being dictated by this Arresting Agency. So why I have been in here for over six weeks held with out bail base on a proven lie since day one.

The 13 cops 3 detectives and crime sean didn't notice I don't have a black dresser/ottoman with no black curtain on my window I don't have a door nob on my room door. all this would have been utterly impossible to pass apon an not notice by 13 cops like the fact I have 2 doors and none of my window have black curtains is a fact she was lying about being barricade and every thing The 15 cops was pressenting was a conspiracy by not reporting it in the Ivestigation. Witch is Intentional because it is compelling of the significant finding for normal review. Apon inspection along with not finding the bones she claim I use for to barricade us in with for the Investigation on this case. Questions like what was K. B doing while I was destracted barricading the one door? When I have 2 two doors? Why not excape? ane What happen to the other door? Why she cant exspain? The Fact My Room dont have a door nob are lock a baby can push it open. I dont have a black dresser ottoman at all. Not pressenting this in the report had to be Intentional because it is compelling of significant finding in this Investigation for this case

still the facts in this case is for to be subpoena. K.B is

18. A felon that did more than eight months in jail on 11 Prison that's diagnos with Paranoid Schizophrenia. She lost all her children which is a big deal. That's is a series cause she is not motherly at all. That's your pro This woman is willing to walk away from all seven of her kids living this life caring about herself. If she don't care about the seed in her womb she don't care who she hurt. She is just going around reaking Havic and there's a pattern behind that as she is a proven dead beat mother. So the state wanted them deaming her as a unfit mother an took all her children because of some type of abuse with cause truma.

19. If the first sentence on the probable cause is false It's a pattern because it fathers the whole probable cause Declarant. Pattern's normelly means Intentional. Then it is a proven Fact. The whole thing is False. If you star of course and keep going you will end up going forther in forther away from the finish line. If you start running ot track an keep going you will end up just going forther in forther away from the goal line. If you start with a li nd keep going, You will end up having to keep pulling a whole lot of made up story's leading you forther and forther away from the trueth. Exsonoratate me already. Enouff is Enouf Just stop the lies! Dont you think you have already done Enouff stuff to hurt me? I lost every thing, My home, Kid car, future, Job, and reputation. All for your pack of li You keep making up. In believing these discreditable peopl on this probable cause. I gave you the true story in the Interrogation room. Then you used it as a build board to collaborate it with K.B. and fabricating this bullshit Fictional ham mer story that dont make sense to make false changes stick!

20. You know its a lie because they cant exsplain and by not saying nothing Leaving you In suspence.

12

Detective B Tait didn't Realizes. on the Probable Cause De-clarant. When describing the video of I sent to Old School of me filming K.B Molding my phone while recarding her ushing my right hand and grabbing the towel with my left hand. To say she didn't see me with a 27in hammer with sharp edges in my spare hand that would have cut K.B. but she Note it was clear in Convincing supporting Evidence that It is Oveous Salt Lake City Police Department needs to clean house. they or crooked cops Fabricating lies collaborating with the alege victim to make charges stick. They raided my home looked for any weopon they can find. Took pictures of two hammers and sent It to the Detectives B Tait and her partner to Fabricate and collaborate a Fictional story with K.B Becase I am a Black man. Subpoena the interview of K.B investigation

21. What the Probable cause completely leaves out becase It is bold face lie. The story's dont match up. When the police raided my home it was utterly empossible for them not to be able to pass apon the inspection for the investigation of this case. So I would like to have another search of my appartment to compelling proof, for Evidence to complety the investigation. ① I dont have black curtains no wear in my home. ② I also have 2-two door's. So where was K.B.? an the police? ③ Where was these Boxes I used as a barricaded? to place in frount the door. ④ What I place infrount the other door? I have one chair? but 2 door's ⑤ They completely left out the other door that's directly across kitty corner in the same room as the front door. So why was this door not in the Declaration. ⑥ How did I barricade the bedroom door? an with what? How was we trape inside? ⑦ What Happen to all the barricade for the door? ⑧ Where is the Meth pipe

(2)   Supporting Facts: lies are Intentional that is a Fact to falsy charge some one right after they openly confess to your face on the discovery by openly admitting she was not kidnapped she would have left after she stole my wallet. and everything Sexual was Concentual on a legal document still sending a Innocent man to prison is persury an Conspiracy Legal malpractice

D) INJURY

1.   How have you been injured by the actions of the defendant(s)?

False Arrest, Unlawful Detention Violation of my civil rights, I dont have rights in here. Unwanted touching 2 counts of child indangerment Abandonment neglect witch is abuse. Lost of property and time With love ones home. Confinedment. Imbarresment. Defamation Of charictor. Cruel an unuseal ponishment Mental Anguish

With friends family

E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.   Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _✓___. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a.       Parties to previous lawsuit:

Plaintiff(s): ———— NO ————

Defendant(s): ———————————————

b.   Name of court and case or docket number: _____

(5)

Kassie Boswell said I made her smoke the roll out of a meth pipe but police never found a meth pipe with heroin reson in It. But while noted on the discovery interview Detective capps proved Kassie Boswell was lying when asking her have you ever smoked heroin and meth before? So she should know what meth and heroin taste like. Note on the Discovery While the Detective capps Interview her notice she was lying and did not call her out on it. to prove she new what meth and heroin would have taste like.

On page 26 on multiple time she said she use the hal-way bathroom witch proves she was never barricade in my bed room. From the out line of the apartment she con-fess sleeping naked with me in my bed room consentual not force Rape but to get her ID card. So The Detec-tive's Realizing Kassie lied about ever thing by not being rape and barricaded or trapt in my bedroom. On page 12, 24, and 26 of the discovery. While using the halway she had a straight exit to the front door. On page 26 Multple time she said she use the halway bath-room. proves she was never barricade in the bed room at all. from the out line of the apartment. On page 24 Kassie confess she slept naked with me in my bedroom consentual not force to get her ID card back because she felt sorry for me because I was lonely and deress. As a bargain/exstange descision while consentually laying naked in bed said we had sex. But was not forces or told me to stop. But calls it Rape. But after got up took a shower in the halway bathroom contradicting being trapt in the my bedroom with the door nob is gone. Fact she said.

c.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d.   Issues raised: _____

*N/A*

e.   When did you file the lawsuit? _____

Date        Month        Year

f.   When was it (will it be) decided? _____

2.   Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ✓ / NO ✓ . If your answer is "YES" briefly describe how relief was sought and the results.   If your answer is "NO" explain why administrative relief was not sought.

I have Cry and yell it all to the police and all the Detectives that went to my home on the disovery proclaimming i am Innocent in open court in frount 2 judges yelling out Facts the Evidence is the charges are false. I have wrote many Grievance they left me no choice but to file.

## F. REQUEST FOR RELIEF

1.   I believe that I am entitled to the following relief:

I believe I am entitle a relief of the amount of 600,000,000 Six hundred million dollars and have my case with all the evidance presented infrount of a Magistrate Judge to factually free me and clear my name.

(6)

But she call the police then I get up and stop and I also then get up only because I came not becase I put my penic inside her while laying in my Bed. Means with out saying a word to get up are stop proves this was not forces Rape. But only after I cam get up to shower in the halway bathroom contradicting ever being trapt in my bedroom. Along with there is no black dresser in my home and bedroom. How could I barricade placing boxes, chairs, dressers and anything with a hammer in my hand. Taking money, ID and cigarettes to: completely not bringing up the other door nowhere in the whole case? Along with there is no black dresser in my home. and the bed room door nob is gone.

Then claim Kassie go to sleep in my kids bedroom witch is off limmets Fully dress an dont leave. Then she claim I pop up like ground hog day asking her did she take my wallet. On page 25 She confess If she had it she would have left. Meaning proof she is not kidnapt threaten she is there on her own free will with motives to steal then leave. Underlining persury.

She confess sleeping naked with me in my bed room Consentual not force to get her ID card because she felt sorry for me. as a bargain descision exstange along with after she refers to it in comparing Rape to a deal i fulfilled.. And on the video of me grabbing the tavel of her dont show no hammer in my hand that would have cut or insured her by peeling the towel of her scin. also she reported it was on the bed room floor at the begining of the night an at the end upon the police exspection. Making the video's real that she was not kidnap and Legelly trust passing beyoung Reason dout.

In Short ... [illegible] her lieing The Probable cause don't Make since. The Police is covering up for her in there Investigation Meaning

I am Factually Innosent Beyound Reasonable Doubt Base on K.B's confession an pattern. In this exact order

1. It said I ran up to K.B on the street at 7-11 told her come over to my home so I can do her laundry, take a shower, and sleep in my kids guss room. On top of that Pictural story being really hard to beleave. Hypothetically That would be fataully empossible to know. So it is a lie. Because (She recognizedme at herold Sob) & that part dont make since.

2. K.B wears my lingerie and feels comfortable in safe infrount of a group of strangers that visit me at my home while drinking.

3. K.B feels like im being threating gust because I am walking around my home with a Hammer. I told her to sleep in my room with me because she is not a guess she is my company an also a stranger. Universal Law my halse my rulse It is a very Series an Scary thing to Let stranger in your home walking around while you sleeping. My bedroom door dont have a lock A baby can open

4. K.B said I barricaded the only door with boxes an all my window's are black well we know them two are lies because I have two doors and none of my window's have black curtains how ever Witch would make this utterly empossible for the police not to pass up apon inspection along with not finding the boxes she claim I use for to barricade us in with for the Investigation on this case. What was KB doing while I was destracted barricading that one door? Why not escape? What Happen to the other door? My room door

5. K.B said I made her smoke heroin out of a meth pipe why didnt police find the meth pipe with heroin in

upon the inspection. Investigation, my word was took it off

6. K.B confess to going sleep naked with me for to get her. I D Identification card not the threat of a hammer or Rape or Kidnapping so clearly she is saying her sleeping nude with me was consentual not force. So Realize if she was threaten by a hammer. Why do I need her I D as a bargain to bribe her with as a exstange decision Agreement.

7. She said I fingered her vagina while she was consentually laying naked with me in my bed. So there was no threat are forces and she didn't leave, tell me to stop are was in fight are flight mode. But confess she was al'ready consentually laying there nude, But say it was not consentual. Then if this was true how would I know how you feel unless you tell me. I can't read minds. So it's a lie.

8. She said the room door was lock with us baricaded inside but How is this true when I tour the lock of it a month ago A baby can push it open. But with what as a barricade? And Why didn't police find this out apon inspection in the Investigation. If my hammer was Just laying on the room floor so what that don't make it a threat.

9. She said she let me slide the tip of my penis into her Anus and Vagina. Stop and Note she just admit It was consentually saying she let it happen. Meaning she was not telling me to stop are was in fight are flight mode. While consentually laying Naked in my bed. That two consentual Factual advances in one setting proving this is not Rape or Force Kidnapping Note. But after she got up to take shaver to clean up. Put cloth on and went to sleep in my guess room with out realizing she just completely contradicted/down played the lie of being barricaded with us trapt inside my room. Then she claim she fights me for pulling her pants down to check for my wallet

Note: K.B claim I made her go into the Kitchen nude But How? With what threat? And Knowing I'm destracted To watch me cook us breakfast. Then what is the threat? Right after gave me Oral Sex because she is affraid. But why is she affraid when she gust watch me cook us break fast for 40 minus with me nude also. So there is nothing to be affraid of so It's a lie. Note: K.B confess watching me be destracted So It's a lie. Note: K.B confess watching me be destracted cooking us breakfast meaning not threaten beyoung reasonable dout. There was no gun to her head Metaphorly Speaking she done stuff bae on her own free will. Fact are the hammer was noted to be on the bedroom floor No wear near the Kitchen are ever in my free hand while filming those video's base on K.B testified statement at the beginning of the night and at the end on the police inspection with pictures sent to The Detectives. That I layed it next to my bed in my room on the floor witch was to suppose to be barricade completely demenishing the lies of all these false charge an it ever being a threat while filming the video's meanning everthing was consentual and on that video and on the video of me telling K.B pay me and get out, my home was real. Along with the video I sent old School it was evidence with is clear and convincing for support, The probable cause completely contradict itself When K.B said I put the hammer down in my room at the beginning conforming the police Identifing it to be in the same location with pictures at the hammer location all night beyoung reasonable dout make it im possible to be a dangerous weapon threat. This is proof K.B was walking around my home Freely doing every thing she wanted base on her own free will You cant Rape the willing. It was her Free will Everything Consentual

Note: According to K.B. I never verbally commanded or demand any threaten bodily harm using the hammer to Force nothing no wear in the probable cause on her with it. All It said I did was walk around my home with a hammer with sharp edges and put it next to my bed in my home. Making the hammer role completely irrelevant because it was never a dangerous weapon threat. In Fact it is a tool. Metaphorly speaking there was no Knife to her throat. K.B stated I became paranoid and threatening by telling her she had to sleep in my bedroom not the guestroom. How is that paranoid or threatening? It is my house my rules just like private property. That is universal law. For one she is not a guess she is my company and a stranger. I don't like strangers walking and roaming around my home when I am sleep. Reverse psychology on that part When really it is the stranger who is the threat. It is a very Series Scary thing to let strangers in your home while you sleep. Every body know that the lady is suppost to be there for you not your property. The guess room is property. It's not a shelter. So that comment is not a threat. Then her option was to leave right after. She said I locked my house door. Hint she didn't leave.

Riffle me this Enigma. K.B claim The only so called Threat was by taking her ID and told her she couldn't have it back until she sleep naked with me. So She agree to do that base on describing me seeming very lonely and distressed. to get her ID back. With out realizing this is a concious consentual decision She made willingly. Factually demenishing The hammer threat lie cause. By openly admitting. The hammer witchas was not the threat its taking her ID card she claims witch is breary a bargain excuse exchange agreement. Not fisical force Rape are Illegal but consentual Be young reasonable dout.

Fact: Are K.B was trespassing confess Multiple times I asked her to leave while filming for Evidences she reported to remem ber everthing I said infront the camera like she seam to Rob and abuse me Even my demeanor like I seem lonely and distress. Even words I said off camera like you should pay me forgiving you a place to stay. But cant remember no threat ening words to inforce the hammer to make it a threat so the threat was the camera she needed a Alibi. K.B was Fully concious of the hammer location all night because when she said in the beginning I put it down in my room conffering the police I dentifing it to be in the same location with picture at the end of you inspection. Makes it impossible to be a dangerous weapon threat and that she is liing about It being in my free hand in those video's when I am asking her to leave. Periodically throu ghout the night. Instead they elaborated a story about me swinging a gun and a hammer in the other hand. When raising it to sit down or is threaten. It is commensents the story controdicts itself. We are no Actor's I am no director. That would require rehersal with concent. A dog would have to be trained to do trick because we need his cooperation for his part so the story is a lie False. It dont make since. It's impossible to syncronize Rhythum and impulse without Instruction or a client. If I just met this lady one time before at a store check the time stamp I film 4-6 video How you get her to act nonchalant or copace tic all in one setting while being attack and rayped. Without questioning her Truma. It would take skill. So to be clear none of K.B story's match up! The videos I took on my personel cell phone are Real. Nobody have time for to be acting. No Lady even thinks like that. I dont know K.B on that level or deeply I wont ... in Sail. There are way to many Even on in my life to act

like that. I don't Know K.B on that level. It was noted two young women left my home begging to live with me just that night. I film her because I was nervous. I was just trying to have Evidences she was acting wired. That's why I asks her to leave. Who ever believes her stories minds are not straight. In the video you can plainly see no barricades, boxes are chairs infront of no doors. she is walking carefree throw out my apartment while going from room to room. from nude to getting drest putting closeth on witch is proof. It's consensual. She is not being forces to do nothing or to where anything. While we are aruing about payment she plainly looks normel doing her own thing nothing on the probable cause. Means She is comfortable feelling safe in my home. I have a 27in Iron hammer every body Knows I sleep next to my hammer, It give me peace of mind. I walked to Maveric gastaion with it that night with K.B an place it on the frount counter when I order. check the camera at Maveric that night. Because I live in a raugh naborhood. Ask officer Hoyte/cuff I got stab at 7-11 a mouth ago and my car got stolen 2 months ago. So when I got home I put it next to my bed. Note the hammer role is completely irreleyant because I never threaten her with it. The Dett ectives didn't Realizes when decribing the video I sent to Old School of me filming K.B Holding the phone while using my free hand to grab the tawel witch wald have clearly cut K.B when I did that proves K.B was lying an was trust passed. To say she didn't see me with a 27 inch Iron hammer with sharp edges in my hand. When wa tch adding it was clear an convincing with substantial proof. cops are train to lookat suspects hand for safe...

2B24B



# SALT LAKE COUNTY SHERIFF'S OFFICE
# CORRECTIONS BUREAU

## Prisoner Booking Sheet

**Inmate Name:** JONES, RONALD JOSEPH                          SO#: 367776
**Arresting Agency:** Salt Lake Police
**Arresting Officer:** HOYLE / U77                    **Arrest Date / Time:** 01/30/22 17:30
**Arresting Agency's Case #:** 22-17805              **Arrest Location:** 475 S 300 E, SALT LAKE CITY
**Vehicle Impounded:** NO
**Impound Location:** NONE                            **Items in Evidence:** YES, CELL PHONE being held by/at SLC PD

| Intake Cash: $0.00 | *Please Help me I am a single* | Booked by: AAQ2 |
|---|---|---|
| Searched by: HT9 | *Father with 2 young Kids* | Approved by: JB4 |
| Booking Date and Time: 01/30/22 / 20:23 | | Booking #: 22003785 |

NO BAIL - CG/WA   $0.00 ← *I am actually Innocent*
*be young Reasonable Dont*

**Jurisdiction / Judge:** SALT LAKE DISTRICT COURT / JUDGE HRUBY-MILLS, ELIZABETH
**Case #:** 221901205                                                    **Sentence:**
*Over 40 thing wrong in this Arresting Agency case*

| Count | Degree | Chg Type | Charge(s) |
|---|---|---|---|
| 1 | F1 | WA | AGGRAVATED KIDNAPPING |
| 1 | F1 | WA | AGGRAVATED SEXUAL ASSAULT |
| 1 | F3 | WA | POSSESSION OF A DNGR WEAP BY RESTRICTED |
| 1 | F3 | WA | AGGRAVATED ASSAULT |
| 3 | MA | WA | DISTRIBUTION OF AN INTIMATE IMAGE |
| 1 | MB | WA | VOYEURISM |
| 1 | F1 | CG | OBJECT RAPE |
| 1 | F1 | CG | RAPE |
| 2 | F1 | CG | FORCIBLE SODOMY |
| 1 | MB | CG | UNLAWFUL DETENTION |

*lies are Intentional*
*There are Over 40 thing*
*Factually wrong with*
*Substantial Evidence Suppor-*
*ting I am Innocent be young Reasonable*

All the noticeable Inconsistencies is utterly impossible to pass on. Please help me I am a single father with 2 young daughter I have to raise. I am Factully Innocent Beyoung Reasonable Dout Over to thing's wrong in this Arresting Agency case lies are Interntional I have substantial Evidence Suporting I am Innocent Strange she dont know my name but she can remmeber everyone els name that is because She never was my friend or wanted to get to no my name but can remember my hammer and room better than me that is because she was caseing It. What else is Strange She cant think of or remember No threatening words I ever Said that whole night to inforce a hammer to make it a threat that's because I never threaten her at all. The halway bathroom is leading straight out to the frount door and the family room door the two door lead outside. Whouse she hall bath room barricade in.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.

Executed at <u>Salt Lake Jail</u> on <u>March 16</u> 20 <u>22</u>
        (Location)           (Date)

<u>Ronald J Joner</u>
Signature

7

Fact; Are Kassie Boswell confess to lock one of my Kids room a room that was off limmits Not barricaded fully dressed an didn't leave She would have stolen my wallet then leave is proof She was not kidnapt ohe threaten but was only there to take advantage of me as a master manipulator Recognized She told this to the Detective face with out hiding it. to even try to barry the true. an the Detectives still charge me with these serious nature of the allegation clearly is a Violation of my Due process. They place me on a No bail.

Fact; Are K. B or Kassie Boswell was truspassing she confess Multiple times I asked her to leave while filming for Evidences she reported to remember everthing I said infront the comera like she cam to rob are abuse me Even my demeanor like I seem lonely and distressed. Even words I said off camera like you should pay me for giving you a place to stay. But cant remember no threatening words to inforce the hammer. to make it a threat. So the threat was the camera she needed a Alibi. K. B stated She was fully concious of the hammer location all night because when she said in the begining. I put it down in my room conforming the police Identifing it to be in the same location with picture at the end apon inspection. Makes it impossible to be a dangerous weapon threat and that she is lying lyng about it being in my free hand in those video's when I am asking her to leave. Periodically through out the night. This is and was all noted from and by the police and the Detective to there face and written by them also. on day one. The detectives said they saw a video as a eye witness on the probable cause showing me with a camera phone in K. B while grabbing my towel off her with the other hand proves If I had a 27 in Iron hammer it would have cut K. B and the Detectives didn't see the hammer So K. B was lyng